COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | No. 08-15-00182-CV |
| | § | |
| | § | Appeal from |
| IN THE INTEREST OF | § | 112th District Court |
| A.F. AND I.F., CHILDREN. | § | of Pecos County, Texas |
| | § | (TC # P-11689) |
| | § | |

## J U D G M E N T

The Court has considered the cause on the record and concludes that there was no error in the judgment. We therefore affirm the judgment of the court below.

It has been determined that Appellant is indigent for purposes of appeal; therefore, this Court makes no other order with respect to the payment of costs on appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 15TH DAY OF DECEMBER, 2015.


ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.